UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BL CELSKI, LLC, TRENT MINCH and
KARRIE MINCH,

        Plaintiffs,

v.                                Case No:  2:11-cv-503-FtM-UA-DNF

LAFARGE NORTH AMERICA, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court for consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. No. 35), filed on March 23, 2012; Plaintiffs' Objections to the Report and Recommendation (Doc. No. 36), filed on April 6, 2012; and, Defendant's Response in Opposition (Doc. No. 38), filed on April 20, 2012.

## DISCUSSION

When a party objects to the magistrate judge's findings, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also United States v. Veteto*, 701 F.2d 136, 140 (11th Cir. 1983) (indicating that although the court must make a de novo determination, a de novo hearing is not required). A de novo determination requires the district judge to consider factual issues on the record independent of the magistrate judge's Report and Recommendation. *Jeffrey S. by Ernest S. v. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990). The district

judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Magistrate Judge Frazier issued his report recommending that Plaintiffs' Motion to Amend Complaint[1] (Doc. No. 25) be denied. (Doc. No. 35.) Plaintiffs filed their objections (Doc. No. 36) requesting the undersigned to reject the Magistrate Judge's recommendation and allow Plaintiffs to add the additional parties.

After an independent *de novo* review of the record in this matter, including the objections filed by Plaintiffs and Defendant's response to said objections, the Court agrees entirely with the findings of fact and conclusions of law in Magistrate Judge Frazier's Report and Recommendation. The Court finds that Plaintiffs' further arguments set forth in the objections do not warrant additional discussion, as the Report and Recommendation addresses those arguments in a well-reasoned and a thorough manner.[2] The Court overrules Defendant's objections and adopts Magistrate Judge Frazier's analysis and conclusions.

## CONCLUSION

Based on the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation filed on March 23, 2012, (Doc. No. 22), is **ADOPTED** and made a part of this Order.

2. Plaintiffs' Objections filed on April 6, 2012, (Doc. No. 36), are **OVERRULED**.

---

[1] Magistrate Judge Frazier properly construed the same as a Motion for Permissive Joinder. (*See* Doc. No. 35, pp. 1-2.)

[2] The Court declines to consider any arguments not properly raised before the Magistrate Judge. *See Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009).

3. Plaintiffs' Motion to Amend Complaint filed on February 1, 2012, (Doc. No. 25), is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 11, 2012.

_____
ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties